FILED

U S District Court
Middle District of Florida

2015 AUG -3 PM 3:07

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Robert M. Shaw Plaintiff
1215 Jefferson Ave
Indianapolis In 46201

V

6:15-CV-1296-ORL-40GJK
~~6;20-cv-00314~~

Nelnet

Motion for the Court to Order Nelnet to pay
all its customers

Nelnet did a quick settlement for the sole purpose of dodging the Federal Rules of Civil Procedure rule 4 (c), for the intentional purpose of not serving properly other customers and denying other customers their right to be heard in Court and share in the Court award.

The Court should be on the side of the consumers because Nelnet settled and admitted that they made harassment phone calls in violation of the Fair Debt Collection Practices Act.

In fact the act of settling within itself an Unfair Practice in violation of 808 the notices of the settlement occurred after the settlement was made my Nelnat, thus they are post dated a violation of

808 (2) of the The acceptance by a debt collector from ANY PERSON of a check or other payment instrument postdated by more than five days unless a person is notified in writing of the debt collector's intent to deposit such a check or instrument not more than ten nor less than three days prior to such deposit.

Nelnet customers are just now being notified after the settlement. A Post dated even meant to deny Court rights and court awards.

Each Customer should be paid $5,000 by Nelnet to cover all the customers that were deliberately no given proper service and rights to be heard.

# Motion

The Plaintiff wants to file a Lawsuit against Nelnet and even though the Plaintiff lives in Indiana the Plaintiff feels that this is the proper court because his case is connected to this one.

Plaintiff seeks an Order removing Jurisdiction so the Plaintiff can be heard.

The Plaintiff think Nelnet should remove all derogatories from the Plaintiff's credit reports so the Plaintiff can fully explain his position before the Court.

I certify that I have sent a copy of the Motions to Nelnet legal dept.

Respectfully,

Robert M. Shaw

Robert M. Shaw