FILED

U S District Court
Middle Florida District

Robert M. Shaw Plaintiff's

2015 SEP 22 PM 12: 10

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

v

6:15-CV-1296-ORL-37GJK

Nelnet INC

Per court order the Plaintiff prefers and Instant action
or arbitration or settlement

The Plaintiff prefers and instant action concerning his matter with Nelnet INC. and the parties have already discussed a settlement offer and the Plaintiff would like to discuss the matter more.

The Plaintiff will be unable to met with the partie4s in person and would like permission to meet by phone.

Plaintiff even living far away has met the 14 day deadline.

Order to show cause

The Plaintiff lives far away and did not receive the Order to show cause until 9/16/2015. However the Plaintiff asked the Plaintiff's attorneys to continue to offer the beginning of the settlement offer they made.

The Plaintiff would be willing to go to Arbitration.

Mr Benenson has not return contact as ordered.

Unfortunately Mr Benenson has not contacted the Plaintiff.

Notice of Audit by the Federal Trade commission

The Plaintiff aborts that motion since Nelnet INC contacted the Plaintiff seeking a settlement offer and

the Plaintiff seeks to resolve matters though the offer of settlement by Mathew C Arentsen Attorney for Nelnet INC .

Pendency of other actions

The Case is no longer pendentcy on other actions and all others are resolved.

Other interested Parties

The Plaintiff knows of no other interested parties.

Other issues

There are no pre trail discovery issues

There is no electronic discovery

No Party anticipates the disclosure of discovery of ESI in this case

Simple case

There are no extreme issues that need to brought up to the Court, other than the fact the Plaintiff lives far away.

Pre trial conference

The Plaintiff would like to go directly to pre trial conference to boost the settlement discussion with Mr Arentson.

No discovery limits

The discovery has been met as far as the Plaintiff knows.

No expert witnesses

No expert witnesses are needed.

Motion for the Fast Track
Settlement order requested

All other points are moot and the Plaintiff simply wants to fast track the case and continue with Settlement offers.

The Plaintiff seeks such an order to save time and effort.

The is a non complicated case and the Plaintiff is not seeking large damages against Nelnet INC The Plaintiff simply wants to correct a huge series of mistakes and be treated respectfully,

The Plaintiff has sent a copy of the foregoing to the Defendants attorneys.

Respectfully submitted,

Robert M. Shaw
Robert M. Shaw